## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**LIONEL BRUCE POOLAW,**<br><br>    **Defendant.** | **CR08-5401 BHS**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision by (1) failing to report to the probation office as directed on May 2, 2008; (2) failing to abstain from the use of alcohol on or about April 25, 2008 and May 26, 2008; and (3) associating with Christina Bejerle, a person engaged in criminal activity.

**The plaintiff appears through Special/Assistant United States Attorney, Michael Dion, and U.S. Probation Officer, Mark Okano;**
**The defendant appears personally and with sign interpreter Polly MacLean as well as counsel, Colin Fieman;**

**The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; and the defendant thereafter admitting allegations (1) and (2) above set forth and denying allegation (3) above set forth, now therefore;**

**The matter is scheduled for a disposition hearing on allegations (1) and (2) and an evidentiary hearing on allegation (3) before the Honorable Benjamin H. Settle as follows:**

    **Date:  June 6, 2008**

    **Time:  9:00 a.m.**

**( ) Defendant is released pending the above scheduled hearing.**

**(X) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

              **May 29, 2008**

               */s/ J. Kelley Arnold*_____
              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1